AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Emanuel Cabell | ) | Case No: 3:04CR00017-002 |
| | ) | USM No: 07587-028 |
| | ) | |
| Date of Original Judgment: 06/10/2005 | ) | |
| Date of Previous Amended Judgment: 05/21/2010 | ) | Sara Varner |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 262 months **is reduced to** 168 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By *Dina M. Doyle*
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 06/10/2005 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 6/01/2015

_____
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable Richard L. Young, Chief U.S. District Court Judge
*Printed name and title*